**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-1444**

———————————

CLARENCE EVERETT JONES, SR., individually and
on behalf of all present and future inmates in
the Dorchester County Jails in Summerville,
South Carolina and in St. George, South
Carolina,

Plaintiff - Appellant,

versus

JOHN R. BARNES, Jail Administrator; A. PASTOR,
Captain, Detention Center Commander; S. GREEN,
First Lieutenant and Detention Supervisor; J.
WASHINGTON, First Lieutenant and
Administrative Officer; L. CARMICHAEL,
Lieutenant; C. HEYWARD, Lieutenant; S.
EVERETT, Lieutenant; L. HAYNES, Lieutenant and
Jail Team Commander; DORCHESTER COUNTY; SKIP
ELLIOT; CHRIS MURPHY; LARRY HARGETT; RICHARD
ROSEBROCK, Dorchester County Council Member;
RAY NASH, Dorchester County Sheriff; TARA
RICHARDSON, City Magistrate of Dorchester
County in her official capacity; RANDY SCOTT,
Chairman,

Defendants - Appellees,

and

KERRY MITCHELL CARN, individually,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Margaret B. Seymour, District Judge. (2:04-cv-02527-MBS)

Submitted: August 11, 2006          Decided: August 30, 2006

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Everett Jones, Sr., Appellant Pro Se. James Albert Stuckey, Jr., STUCKEY LAW OFFICES, PA, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Everett Jones, Sr., appeals the district court's order concurring in the magistrate judge's report and recommendation and denying relief on his civil action brought pursuant to 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order on the modified ground that Jones failed to state a claim for improper prison conditions and medical mistreatment. See Jones v. Barnes, No. 2:04-cv-02527-MBS (D.S.C. filed Mar. 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED